**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

No. 06-7042

―――――――――――

MAURICE WAYNE JONES,

                                   Plaintiff - Appellant,

        versus

PATRICIA R. STANSBERRY,

                                   Defendant - Appellee.

―――――――――――

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   James C. Dever III, District Judge.  (5:06-ct-03012-D)

―――――――――――

Submitted:  December 18, 2006      Decided:  January 12, 2007

―――――――――――

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Maurice Wayne Jones, Appellant Pro Se.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maurice Wayne Jones appeals the district court's order dismissing his <u>Bivens</u>[*] complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Jones v. Stansberry</u>, No. 5:06-ct-03012-D (E.D.N.C. May 1, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]<u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).